Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10 N. Dearborn St. 3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
JOHN BISHOP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHN BISHOP, ) | Case No.: 2:11-cv-02589-GEB -DAD |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| v. ) | |
| ) | |
| MONARCH RECOVERY MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, JOHN BISHOP, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

1 

                                      RESPECTFULLY SUBMITTED,

2 Dated: November 17, 2011     KROHN & MOSS, LTD.

3

4                                       By: /s/ Michael S. Agruss

5                                             Michael S. Agruss
                                            Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2011, I served a copy of this document via USPS upon the following:

Monarch Recovery Management, Inc
10965 Decatur Road
Philadelphia PA 19154

By: /s/ Michael S. Agruss

Michael S. Agruss
Attorney for Plaintiff