IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN BISHOP,  )
                                 )    2:11-cv-02589-GEB-DAD
        Plaintiff,  )
                                 )
     v.  )    ORDER RE: SETTLEMENT AND
                                 )    DISPOSITION
MONARCH RECOVERY MANAGEMENT,  )
INC.,  )
                                 )
        Defendant.  )
_____ )

         Plaintiff filed a "Notice of Settlement" on November 17, 2011, in which he states, "a settlement of the present matter has been reached and . . . Plaintiff anticipates [the settlement] will be finalized within the next 30 days." (ECF No. 8.)

         Therefore, a dispositional document shall be filed no later than December 19, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

         Further, the Status Conference scheduled for hearing on January 30, 2012, will remain on calendar in the event no dispositional

1

document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the Status Conference.

   IT IS SO ORDERED.

Dated:  November 17, 2011

                _____
                GARLAND E. BURRELL, JR.
                United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).