Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10 N. Dearborn St. 3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
JOHN BISHOP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHN BISHOP, ) | **Case No.: 2:11-cv-02589-GEB -DAD** |
| ) | |
| Plaintiff, ) | **VOLUNTARY DISMISSAL** |
| ) | |
| v. ) | |
| ) | |
| MONARCH RECOVERY MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JOHN BISHOP, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 16, 2011                    KROHN & MOSS, LTD.

                                By:/s/ Michael S. Agruss

                                Michael S. Agruss
                                Attorney for Plaintiff,
                                JOHN BISHOP

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I served a copy of this document via USPS upon the following:

Monarch Recovery Management, Inc
10965 Decatur Road
Philadelphia PA 19154


By: /s/ Michael S. Agruss

Michael S. Agruss
Attorney for Plaintiff